1  **REESE RICHMAN LLP**
2  Michael R. Reese (Cal. Bar No. 206773)
   875 Avenue of Americas, 18th Floor
3  New York, New York 10001
4  Telephone:  (212) 643-0500
   Facsimile:  (212) 253-4272
5  Email:  michael@reeserichman.com
6
   **WHATLEY DRAKE & KALLAS, LLC**
7  Deborah Clark-Weintraub
8  1540 Broadway, 37th Floor
   New York, New York 10036
9  Telephone:  (212) 447-7070
10 Facsimile:  (212) 447-7077
11 Email:  dweintraub@wdklaw.com

12 *Counsel for Plaintiffs and the Proposed Class*

13 [Additional Counsel on Signature Page]

14

15

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18

19 **NICHOLAS J. GIANINO, ARNOLD**          Case No.  SACV 09-01247-CJC(RNBx)

20 **LEE, and LORI RISMAN,** individually

21 and on behalf of others similarly situated,

22                          Plaintiff,        **CLASS ACTION**

23           v.                               **AMENDED COMPLAINT FOR**
                                              **DAMAGES AND INJUNCTIVE RELIEF**
24 **ALACER CORPORATION and**

25 **DOES 1 through 15,**

26                          Defendants.       **DEMAND FOR JURY TRIAL**

27

28

─────────────────────────────────────────
                AMENDED CLASS ACTION COMPLAINT

Plaintiffs Nicholas J. Gianino, Arnold Lee, and Lori Risman, individually and on behalf of others similarly situated, allege for their Class Action Complaint against defendant Alacer Corporation and DOES 1 through 10, inclusive ("Defendant" or "Alacer"), upon personal knowledge as to themselves and their own acts, and as to all other matters upon information and belief, based upon, *inter alia*, the investigation made by their attorneys, as follows:

## INTRODUCTION

1.    Defendant Alacer manufactures Emergen-C, a purported immune-boosting supplement, and distributes it to retailers in every state in the United States for sale to consumers.

2.    This is a proposed nationwide class action brought by Plaintiffs, and a class of those similarly situated, against Alacer seeking redress for Alacer's unjust, unfair and deceptive practices in misrepresenting the health benefits of its Emergen-C products in violation of California law.

3.    Alacer deceptively markets Emergen-C as a supplement that "supports" or "boosts" the user's immune system thereby representing, directly or indirectly, expressly or by implication, that Emergen-C: (a) Reduces the risk of or prevents colds and flu; (b) Protects against and helps fight germs; and (c) Boosts the body's immune system, thereby providing protection against cold and flu viruses.  In addition, Alacer falsely represents that Emergen-C increases the user's metabolic function and "ignites [the user's] energy level."

4.    Alacer's representations of the health benefits of Emergen-C are false and wholly unsupported.

5.    Emergen-C does not boost the immune system, offers no protection against germs, provides no health protection, immune defense or support, and has no effect on whether a user gets or remains sick.  In addition, Emergen-C does nothing to improve metabolic function or increase energy.

1

6.     The FTC has recently settled charges brought against a number of manufacturers and retailers who sell supplements similar to Emergen-C that falsely claimed an ability to "boost" or "enhance" immunity, collecting millions of dollars for defrauded consumers and enjoining fraudulent claims of immunity "boosting" properties that were not scientifically supported.

7.     The purpose of this action is to put an end to Alacer's deceptive marketing of Emergen-C and to provide consumers with monetary relief for Defendant's unjust enrichment and violations of California's Unfair Competition Law ("UCL"), Bus. & Prof. Code §§ 17200-17209, California's False Advertising Law ("FAL"), Bus. & Prof. Code §§ 17500-17536, and California's Consumer Legal Remedies Act ("CLRA"), Civ. Code §§ 1750-1784 (though Plaintiffs only seek injunctive relief under the CLRA at this point and do not seek monetary relief under the CLRA in this Complaint).

## JURISDICTION AND VENUE

8.     This Court has personal jurisdiction over the parties in this case. The Defendant is a corporate entity whose headquarters are in California within this District.

9.     This Court has original jurisdiction over this class action under 18 U.S.C. §1332(d), which under the provisions of the Class Action Fairness Act ("CAFA") explicitly provides for the original jurisdiction of the Federal Courts in any class action in which any member of the plaintiff class is a citizen of a State different from any defendant, and in which the matter in controversy exceeds the sum of $5,000,000, exclusive of interest and costs. Plaintiffs allege that the total claims of individual class members in this action are well in excess of $5,000,000 in the aggregate, exclusive of interest and costs, as required by 28 U.S.C. §1332(d)(2), (5). As set forth herein, Plaintiffs are citizens of Illinois, Massachusetts and New Hampshire, whereas Alacer is a citizen of California. Furthermore, Plaintiffs allege that more than two-thirds of all of the members of the proposed Plaintiff Class in the aggregate are citizens of a State other than California, where this action is originally being filed, and that the total number of members of the proposed Plaintiff Class is greater than 100, pursuant to 28 U.S.C.

AMENDED CLASS ACTION COMPLAINT

1  §1332(d)(5)(B).  Therefore, diversity of citizenship exists under CAFA as required by 28
2  U.S.C. §1332(d)(2)(A).

3       10.    Venue is proper in this District under 28 U.S.C. § 1391(a).  Defendant
4  maintains its headquarters within this District and a substantial part of the events or
5  omissions giving rise to the claims occurred within this District.

6  ## APPLICATION OF CALIFORNIA LAW

7       11.    California law applies to the claims and issues asserted herein.  Plaintiffs
8  seek damages and equitable relief on behalf of themselves and all other United States
9  residents similarly situated, including residents of California, under the laws of the State
10  of California.

11       12.    All of Defendant's relevant business, including the formulation and
12  execution of the unlawful practices alleged herein, occurred in, or emanated from
13  California, where Defendant has its principal place of business.  Accordingly, California
14  has significant contacts and/or a significant aggregation of contacts to the claims asserted
15  by Plaintiffs and all Class members.

16       13.    California has a materially greater interest than any other state in regulating
17  unlawful conduct by Alacer, which conducted its unlawful practices out of its principal
18  place of business in California, and in enforcing the rights and remedies granted to United
19  States consumers, including California residents, under the California laws invoked by
20  this complaint.  These rights and remedies further strong fundamental public policies of
21  the State of California.

22  ## PARTIES

23  ### Individual and Representative Plaintiffs

24       14.    Plaintiff Nicholas J. Gianino is an individual consumer who, at all times
25  material hereto, was a citizen of Illinois.  Plaintiff Gianino purchased Emergen-C from
26  a Walgreen's store located in Illinois.  In purchasing Emergen-C, Plaintiff Gianino relied
27  upon Defendant's false, misleading and deceptive written misrepresentations that taking
28  Emergen-C would "boost" his immune system, improve his metabolic function, and

result in increased energy.  Had Plaintiff Gianino known the truth that the statements he
relied on were false, misleading, deceptive, and unfair, he would have not purchased
Emergen-C.

16.  Plaintiff Arnold Lee is an individual consumer who, at all times material
hereto, was a citizen of Massachusetts.  Plaintiff Lee purchased several boxes of
Emergen-C from a Trader Joe's store located at 1317 Beacon Street, in Brookline,
Massachusetts.  In purchasing Emergen-C, Plaintiff Lee relied  upon Defendant's false,
misleading and deceptive written misrepresentations that taking Emergen-C would
"boost" his immune system, improve his metabolic function, and result in increased
energy.  Had Plaintiff Lee known the truth that the statements he relied on were false,
misleading, deceptive, and unfair, he would have not purchased Emergen-C.

16.  Plaintiff Lori Risman is an individual consumer who, at all times
material hereto, was a citizen of New Hampshire.  Plaintiff Risman purchased
Emergen-C from a Hannaford Supermarket located at 6 Hampton Drive, in Londonderry,
New Hampshire.  In purchasing Emergen-C, Plaintiff Risman relied  upon Defendant's
false, misleading and deceptive written misrepresentations that taking Emergen-C would
"boost" her immune system, improve her metabolic function, and result in increased
energy.  Had Plaintiff Risman known the truth that the statements she relied on were
false, misleading, deceptive, and unfair, she would have not purchased Emergen-C.

## Defendants

17.  Defendant Alacer is a California corporation with its principal place of
business in Foothill Ranch, California.  According to its website, Alacer produces and
sells more than 400 million packets of Emergen-C annually, and since Alacer's initiation
of a national radio and television advertising campaign sales of Emergen-C increased
33% from May 2007 through April 2008.  Indeed, in a joint press release with its
advertising agency Karlen Williams Graybill Advertising of New York issued on
November 26, 2007, Alacer announced that sales of Emergen-C grew 4.5 times faster

AMENDED CLASS ACTION COMPLAINT

than Airborne after one year of national advertising.  *See* http://www. prnewswire.com/ news-releases/emergen-cr-grows-45-times-faster-than-airborne-after-one-year-of-national-advertising-59885042.html (last visited April 29, 2010).

18.   At this time Plaintiffs are unaware of the true names and capacities of Defendants sued herein as DOES 1 through 10, inclusive, and Plaintiffs will seek leave to amend this Complaint when said names and capacities have been ascertained.  Plaintiffs are informed and believe and thereon allege that each of the DOE Defendants is in some manner responsible or liable for the acts, activities and damages alleged herein.

19.   Plaintiffs are informed and believe and thereon allege that at all times herein relevant, each of the Defendants was the agent, servant, representative and employee of the remaining Defendants, and in doing the things hereinafter alleged, each was acting within the course and scope of said agency and employment and with the ratification and authorization of their respective principals.

## COMMON FACTUAL ALLEGATIONS

20.   Cold and flu remedies are big business in the U.S. The Chicago-based research company Mintel estimated that the U.S. cough/cold market accounted for more than $4.6 billion in 2008 sales through food, drug and mass outlets, excluding Wal-Mart, an increase of 10.7% from the previous year.  *See Nothing to sneeze at:  the cough and cold category posted double-digit growth last year and the upward trend is expected to continue this season* (available at http://www.thefreelibrary.com/ Nothing+ to+sneeze+ at:+the+cough+and+cold+category+posted+double-digit+...-a0209032548) (Last visited April 29, 2010).

21.   Seeking to cash in on consumers' desire to avoid colds and flu, Alacer's Emergen-C product is marketed as a "health drink" that contains 1,000mg of Vitamin C, nearly seventeen times the recommended daily allowance of Vitamin C by the Food and Drug Administration, as well as a concoction of an additional seventeen miscellaneous vitamins and minerals.  Emergen-C is available in 19 varieties of drink mix, nutritional supplements, tablets and four ready-to-drink beverages. The product is sold in a variety of

outlets, including Walgreens, Wal-Mart, Sav-on/Osco, Kroger/Ralphs, Albertsons, Vons, Smith's Food & Drug, Safeway, Trader Joe's, Fred Meyer, Fry's, CVS, GNC, Wild Oats, Whole Foods, The Vitamin Shoppe, and other health food, grocery, and drug stores.

22.    Emergen-C's packaging represents that Emergen-C will benefit consumers' health in a variety of ways.  The packaging for all Emergen-C products uniformly represents that Emergen-C "boost[s] immunity," "increase[s] metabolic function," and "ignite[s]" the user's energy level.  *See* Exhibit A (packaging for Emergen-C Original Formula); Exhibit B (packaging for Emergen-C Immune Defense and Emergen-C Immune + System Booster).  However, as the FTC has recently recognized in a number of enforcement actions brought against other manufacturers and retailers of dietary supplements who claimed their products "boosted" the immune system, such claims are widely understood by consumers to mean that taking the supplement will help prevent colds, flus and other illnesses when, in fact, this is not the case.  Richard Cleland, the FTC's assistant director of advertising practices has stated, "[T]o say something 'strengthens,' 'builds' or 'enhances' somehow implies you're building the wall higher and, as a result, 'Hey, it's harder for the little germs to get over.' "  *See* http://featuresblogs. chicagotribune.com/features_julieshealthclub/ 2009/10/the-best-way-to-boost-your-immune-system.html.

23.    The packaging for the various flavors of Emergen-C Original Formula (see Exhibit A) contain the following misrepresentations:

(a)    The packaging for Emergen-C Acai Berry describes the product as a "*Health and Energy Booster*," and further states:

(i)    "The powerful blend of vitamins, antioxidants and minerals boost your immunity, increase your metabolic function and ignite your energy level - without caffeine;"

(ii)    "Health Boost – 1,000 mg of vitamin C, zinc, quercetin and antioxidants *power up your immune system to promote overall health;*" and

    (iii) "Energy Boost – 7 B vitamins . . . *offer a natural energy boost* – *no caffeine, no crash.*" [Emphasis added.]

   (b)  The packaging for Emergen-C Blue describes the product as a "*Health and Energy Booster,*" and further states:

    (i) "A powerful blend of 24 vitamins, antioxidants and minerals that increases your metabolic function and gives you a boost of non-caffeinated;"

    (ii) "Health Boost – 1,000 mg of vitamin C, zinc, quercetin and antioxidants *power up your immune system to promote overall health*;" and

    (iii) "Energy Boost – 7 B vitamins . . . *offer a natural energy boost* – *no caffeine, no crash.*" [Emphasis added.]

   (c)  The packaging of Emergen-C Lemon-Lime describes the product as a "*Health and Energy Booster,*" and further states:

    (i) "*The powerful blend of vitamins, antioxidants and minerals boost your immunity, increase your metabolic function and ignite your energy level - without caffeine;*"

    (ii) "1,000 mg of vitamin C, zinc, quercetin and antioxidants *power up your immune system to promote overall health*;" and

    (iii) "7 B vitamins . . . *offer a natural energy boost – no caffeine, no crash.*" [Emphasis added.]

   (d)  The packaging of Emergen-C Lite describes the product as a "*Health and Energy Booster,*" and further states:

    (i) "Emergen-C is a potent blend of antioxidants, vitamins, minerals and other micronutrients that support healthy metabolic function, boost your immunity & give you a burst of non-caffeinated energy;"

    (ii) "Health Boost – "1,000 mg of vitamin C, zinc, and antioxidants *power up your immune system to promote overall health*;" and

    (iii) "B vitamins . . . *offer a natural energy boost – no caffeine, no crash.*" [Emphasis added.]

AMENDED CLASS ACTION COMPLAINT

1    (e)    The packaging of Emergen-C Pink describes the product as a *"Health*

2 *and Energy Booster,"* and further states:

3    (i)    "[T]his delicious Emergen-C Pink Lemonade is loaded with 24

4 vitamins, antioxidants and minerals that boost your immunity, increase your metabolic

5 function and ignite your energy level – without caffeine;"

6    (ii)    "Health Boost – "1,000 mg of vitamin C, zinc, quercetin and

7 antioxidants *power up your immune system to promote overall health*;" and

8    (iii)    "Energy Boost – B vitamins . . . *offer a natural energy boost –*

9 *no caffeine, no crash."* [Emphasis added.]

10    (f)    The packaging of Emergen-C Raspberry describes the product as a

11 *"Health and Energy Booster,"* and further states:

12    (i)    *"The powerful blend of vitamins, antioxidants and minerals*

13 *boost your immunity, increase your metabolic function and ignite your energy level -*

14 *without caffeine;"*

15    (ii)    "1,000 mg of vitamin C, zinc, quercetin and antioxidants *power*

16 *up your immune system to promote overall health*;" and

17    (iii)    "7 B vitamins . . . *offer a natural energy boost – no caffeine, no*

18 *crash."* [Emphasis added.]

19    (g)    The packaging of Emergen-C Super Orange describes the product as a

20 *"Health and Energy Booster,"* and further states:

21    (i)    "The *powerful blend of vitamins, antioxidants and minerals*

22 *boost your immunity, increase your metabolic function and ignite your energy level -*

23 *without caffeine;"*

24    (ii)    "Health Boost – "1,000 mg of vitamin C, zinc, quercetin and

25 antioxidants *power up your immune system to promote overall health*;" and

26    (iii)    "Energy Boost – B vitamins . . . *offer a natural energy boost –*

27 *no caffeine, no crash."* [Emphasis added.]

28

AMENDED CLASS ACTION COMPLAINT

(h)     The packaging of Emergen-C Tangerine describes the product as a *"Health and Energy Booster,"* and further states:

(i)     *"The powerful blend of vitamins, antioxidants and minerals boost your immunity, increase your metabolic function and ignite your energy level – without caffeine;"*

(ii)    "Health Boost – "1,000 mg of vitamin C, zinc, quercetin and antioxidants *power up your immune system to promote overall health*;" and

(iii)   "Energy Boost – B vitamins . . . *offer a natural energy boost – no caffeine, no crash.*" [Emphasis added.]

(i)     The packaging of Emergen-C Tropical describes the product as a *"Health and Energy Booster,"* and further states:

(i)     *"The powerful blend of vitamins, antioxidants and minerals boost your immunity, increase your metabolic function and ignite your energy level – without caffeine;"*

(ii)    "Health Boost – "1,000 mg of vitamin C, zinc, quercetin and antioxidants *power up your immune system to promote overall health*;" and

(iii)   "Energy Boost – B vitamins . . . *offer a natural energy boost – no caffeine, no crash.*" [Emphasis added.]

24.    In addition, on Defendant's website www.emergenc.com (Accessed 4/29/2010), Alacer advertises each of its Emergen-C Original Formula Products identified in ¶ 23 above as, "A powerful blend of vitamin C, B vitamins, antioxidants and electrolytes [that] boosts your immunity, increases your metabolic function, and ignites your energy level to help you really feel the good."

25.    Alacer also produces and sells two varieties of Emergen-C – Emergen-C Immune Defense Formula and Emergen-C Immune + System Booster – that further emphasize the products' purported immunity boosting properties by including the term "immune" in the product name.  In addition, the packaging and advertising for Alacer's Emergen-C Immune Defense Formula describes the product as "[t]he feel good way to

strengthen your immunity every day," stating: "Boost immunity, increase metabolic
function, and ignite your energy level – without caffeine. If feeling good while boosting
your immunity defenses is your thing, you've found the right box." Further, the
packaging for Emergen-C Immune Defense Formula makes the additional
misrepresentations that using this version of Emergen-C will (i) "[a]ctivate the white
blood cells that are most important in antibody production and in coordinating immune
functions; (ii) "fight[] free radicals and help[] maintain healthy white blood cell activity;"
and (iii) "stimulate" and "enhance" the immune system. *See* Exhibit B.

26.     On Defendant's website www.emergenc.com (Accessed 04/29/2010) the
Defendant advertises its Emergen-C Immune Defense Product the following way:

> When your immune system needs a boost try this extra power packed
> Emergen-C drink mix. It starts with 1,000 mg of Vitamin C and key B
> Vitamins, then adds a full day supply of Zinc, Vitamins A and D,
> Selenium, Hibiscus extract and Elderberry concentrate. All in a
> soothing blend of natural fruit and honey flavors you mix with water.
> We've even heard that some like it hot. Since when was pumping up
> your immune health such a pleasure?

Alacer further represents:

> "With this enhanced formulation, along with the *Emergen-C Immune*
> *Defense* name, we wanted to create an *Emergen-C* product specifically
> designed for placement within the fast growing immune support
> segment of the cold and flu section of the grocery store,"
> (www.emergenc.com/press/emergen-c-to-the-d-fense/) (Last accessed
> 4/29/2010)).

27.     Media advertisements contain the same false claims as found on Emergen-
C's packaging. For example, the following is a transcript of an advertisement for
Emergen-C played on the radio:

AMENDED CLASS ACTION COMPLAINT

1     [Announcer] Does Emergen-C, the fizzy, energizing, immune
2     boosting, Vitamin C drink mix really make you feel good? Adam,
3     from Seattle, writes "Dear Emergen-C, I hate you. Why? Because
4     now I see that you were a nefarious conspiracy to stop me from using
5     up all my sick days. Can't walk around all full of bouncy bounce one
6     day and then not show up the next. . . . Clearly you are in cahoots
7     with my manager." Okay Adam. Glad it's working for you.
8     Emergen-C, Feel the good.

9 *See* Exhibit C.

10     28. A similar advertisement for Emergen-C, transcribed below, played on
11 television:

12     [Announcer] What's in Emergen-C to boost your health and energy?
13     1000 mg. of immune strengthening Vitamin C plus naturally
14     energizing B Vitamins. Emergen-C, feel the good.

15 *See* Exhibit C.

16     29. In fact, however, there is no evidence to suggest that using Emergen-C has
17 any impact on a person's immune system, let alone "boosts" the immune system. Nor is
18 there any evidence that Emergen-C increases metabolic functions and a user's energy
19 level. Alacer has no scientific or other legitimate basis for making any of these claims.
20 All such representations by Alacer are thus unfair, unjust, false, misleading, and
21 deceptive.

22     30. Indeed, the FTC has recently concluded a series of investigations against
23 manufacturers and retailers who sell supplements similar to Emergen-C that falsely
24 claimed an ability to "boost" or "enhance" immunity. Specifically:

25     (a) On August 14, 2008, the FTC announced that Airborne Health Inc. and its
26 principals agreed to pay up to $30 million to settle FTC charges that it did not have
27 adequate evidence to support its advertising claims that taking Airborne, a dietary

AMENDED CLASS ACTION COMPLAINT

1  supplement containing 17 ingredients, including vitamins A, C, E, zinc, and selenium,
2  would "boost" the immune system. *See* http://www.ftc.gov/opa/2008/08/airborne.shtm;

3      (b)    On July 13, 2009, the FTC announced that national pharmacy chain Rite Aid
4  Corporation had agreed to pay $500,000 to settle FTC charges that it deceptively
5  advertised that its "Germ Defense" tablets and lozenges could prevent and treat colds and
6  the flu or reduce the severity and duration of these illnesses.  Also under the settlement
7  agreement, Rite Aid may not claim that any Rite-Aid-label version of Airborne, or any
8  Rite-Aid-label food, drug, or dietary supplement can reduce the risk of or prevent colds or
9  flu, reduce the severity or duration of colds, or boost the immune system unless the
10 claims are truthful, not misleading, and substantiated by competent and reliable scientific
11 evidence. *See* http://www.ftc.gov/opa /2009/07/riteaide.shtm;

12     (c)    On September 8, 2009, the FTC announced that national retailer CVS
13 Pharmacy Inc. had agreed to pay $2.8 million to settle FTC charges that claims that its
14 "AirShield" dietary supplements can prevent colds, fight germs, and boost immune
15 systems were false and misleading. *See* http://www.ftc.gov/opa/2009/09/cvs.shtm;

16     (d)    On March 23, 2010, national pharmacy chain Walgreens agreed to pay
17 nearly $6 million to settle FTC charges that the company deceptively advertised "Wal-
18 Born" – a line of dietary supplements similar to the Airborne cold-and-flu treatment –
19 using the same kind of baseless claims that the supplements could prevent colds, fight
20 germs, and boost the immune system. *See* http://www.ftc.gov/opa/2010/03/walgreens.
21 shtm;

22     31.    In announcing the Commission's settlement with CVS with respect to its
23 AirShield product, David Vladeck, Director of the Bureau of Consumer Protection of the
24 Federal Trade Commission, stated:

25         Students returning to college campuses and parents sending their kids
26         off to school want to take precautions to fight the germs that can cause
27         coughs, colds, and the flu. . . .  As the CDC has advised, there are
28         good practices to follow.  But consumers should not be misled by false

AMENDED CLASS ACTION COMPLAINT

1  claims about the germ-fighting properties of dietary supplements.
2  With orders against Airborne, Rite Aid, and the one proposed against
3  CVS, manufacturers and retailers are on notice that they have to tell
4  the truth about what dietary supplements can and cannot do.

5      32.  Unfortunately for Plaintiffs and other consumers of Emergen-C, Alacer has
6  not been truthful regarding what its Emergen-C products "can and cannot do." Alacer has
7  profited enormously from its false advertising of Emergen-C. According to the Emergen-
8  C's website, the price of a box containing 30 single-serving packets of Emergen-C
9  original formula is $12.99 or $0.43 per packet, a premium price compared to the cost of a
10 multivitamin.

## CLASS ALLEGATIONS

12     33.  This action has been brought, and may be properly maintained, under Fed.
13 R. Civ. P. 23(a)(1)-(4) & (b)(3).

14     34.  Plaintiffs bring this action as a class action on behalf of themselves and all
15 others similarly situated initially defined as follows:

16         All persons who from October 28, 2005 to present purchased
17         Emergen-C.

18 Excluded from the above Class are Defendant; any entity in which the Defendant has a
19 controlling interest; any of Defendant's officers, directors, or employees; the legal
20 representatives, heirs, successors, and assigns of Defendant; and, any entity that
21 purchased Emergen-C for resale.

22     35.  **Numerosity**—Fed. R. Civ. P. 23(a) (1): The members of the Class are so
23 numerous and widely dispersed that joinder of them in one action is impractical. On
24 information and belief, thousands of individuals throughout the United States have
25 purchased Emergen-C.

26     36.  **Existence and Predominance of Common Questions of Law and Fact**—
27 Fed. R. Civ. P. 23(a)(2); 23(b)(3): Common questions of law and fact exist as to all
28 members of the Class and predominate over any questions affecting only individual Class

members.  These common legal and factual questions include, but are not limited to, the following:

    a.    Whether Alacer misrepresented and/or failed to disclose material facts concerning Emergen-C;

    b.    Whether Alacer's conduct was unfair and/or deceptive;

    c.    Whether Alacer has been unjustly enriched as a result of the unlawful, fraudulent, and unfair conduct alleged in this Complaint, such that it would be inequitable for Defendant to retain the benefits conferred upon them by the Plaintiffs and the proposed Class;

    d.    Whether Defendant advertised Emergen-C products with the intent not to sell them as advertised in violation of Civil Code § 1770(a)(7);

    e.    Whether Defendant represented on packaging for Emergen-C products that those products had characteristics, ingredients, uses, or benefits that they do not have, in violation of Civil Code §1770(a)(5).

    f.    Whether Defendant is subject to liability for violating California's Consumers Legal Remedies Act, Civ. Code §§ 1750-1784;

    g.    Whether Defendant has violated California's Unfair Competition Law, Bus. & Prof. Code §§ 17200-17209;

    h.    Whether Defendant has violated California's False Advertising Law, Bus. & Prof. Code §§ 17500-17536;

    i.    Whether the Class is entitled to an award of restitution pursuant to California Bus. & Prof. Code § 17203.

    j.    Whether Plaintiffs and the Class have sustained damages

14

with respect to the common law claims asserted, and if so, the proper measure of their damages.

37. **Typicality**—Fed. R. Civ. P. 23(a)(3): Plaintiffs' claims are typical of the claims of the Class. The claims of the Plaintiffs and members of the Class are based on the same legal theories and arise from the same unlawful and willful conduct.

38. **Adequacy of Representation**—Fed. R. Civ. P. 23(a)(4): Plaintiffs are adequate representatives of the Class because their interests do not conflict with the interests of Class members they seek to represent. Plaintiffs have retained competent and experienced class action counsel who intend to vigorously prosecute this action. The Class members' interests will be fairly and adequately protected by Plaintiffs and their counsel.

39. **Superiority**—A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all the Class members is impracticable. The amount at stake for each consumer is such that individual litigation would be inefficient and cost prohibitive. Additionally, the adjudication of this controversy through a class action will avoid the possibility of inconsistent and potentially conflicting adjudication of the claims asserted herein. There will be no difficulty in the management of this action as a class action.

40. **Notice** - Plaintiffs and their counsel anticipate that notice to the proposed class will be effectuated by publication in major newspapers.

## CAUSES OF ACTION

### COUNT I
### Unfair and Deceptive Acts and Practices
### In Violation of the Consumers Legal Remedies Act
### (Injunctive Relief Only)

41. Plaintiffs incorporate by reference and reallege all paragraphs previously alleged herein.

42.   This cause of action is brought pursuant to the California Consumer Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.* (the "CLRA"). This cause of action does not seek monetary damages at this point, but is limited solely to injunctive relief. Plaintiffs will amend this Class Action Complaint to seek damages in accordance with the CLRA after providing Defendants with notice pursuant to Cal. Civ. Code § 1782.

43.   Plaintiffs and members of the class are "consumers," as the term is defined by Civil Code § 1761(d) because they bought Emergen-C products for personal, family, or household purposes.

44.   Plaintiffs, members of the class, and Defendant have engaged in "transactions", as that term is defined by Civil Code §1761(e).

45.   The conduct alleged in this complaint constitutes unfair methods of competition, and unfair and deceptive acts and practices for the purpose of the CLRA, and were undertaken by Defendant in transactions intended to result in, and which resulted in, the sale of goods to consumers.

46.   As alleged more fully above and as demonstrated in Exhibits A through C attached hereto, Defendant has violated the CLRA by falsely representing to Plaintiffs and the Class that Emergen-C products (a) "boost" a user's immune system; (b)  provide "immune system support"; (c) provide "immune defense" and prevent a user from becoming sick; (d) "[a]ctivate the white blood cells that are most important in antibody production and in coordinating immune functions; (e) "fight[] free radicals and help[] maintain healthy white blood cell activity;" (f) "stimulate" and "enhance" the immune system; (g) increase metabolic function; and (g) "boost" a user's energy level.

47.   As a result of engaging in such conduct, Defendant has violated Civil Code §§ 1770(a)(5), (a)(7), and (a)(9).

48.   Pursuant to Civil Code §§ 1780(a)(2), and (a)(5) Plaintiffs seek an order of this Court that includes, but is not limited to, an order requiring Defendant

(a)   to remove language on the Emergen-C box representing Emergen-C "boosts" a persons immune system;

AMENDED CLASS ACTION COMPLAINT

(b)    to remove language on the Emergen-C box representing Emergen-C "supports the immune system";

(c)    to remove the language "Immune Defense" from the Emergen-C product box;

(d)    to remove language on the Emergen-C box representing Emergen-C (i) "[a]ctivate the white blood cells that are most important in antibody production and in coordinating immune functions"; (ii) "fight[] free radicals and help[] maintain healthy white blood cell activity;" and (iii) "stimulates" and "enhances" the immune system;

(e)    to remove language on the Emergen-C box representing Emergen-C increases metabolic function;

(f)    to remove language on the Emergen-C box representing Emergen-C "ignites" a user's energy level; and

(g)    to comply with all applicable requirements of the Sherman Law including, but not limited to:

1.    misbranding any food or drug, Health and Safety Code §§ 10398 & 111445,

2.    manufacturing, selling, delivering, holding, or offering for sale and food or drug that is misbranded, id. §§ 10398 & 111440, or

3.    receiving in commerce any food or drug that is misbranded or delivering or proffering it for delivery, id. §§ 110770 & 111450).

49.    Plaintiffs and members of the Class may be irreparably harmed and/or denied an effective and complete remedy if such an order is not granted.

50.    The unfair and deceptive acts and practices of Alacer, as described above, present a serious threat to Plaintiffs and members of the Class.

## COUNT II

### Violations of the False Advertising Law

51.   Plaintiffs incorporate by reference and reallege all paragraphs previously alleged herein.

52.   As alleged above, and as demonstrated in Exhibits A through C attached hereto, Defendant has falsely advertised Emergen-C products by falsely claiming that Emergen-C products can and do boost the immune system, can and do support the immune system, and can and do provide immune system defense.  In addition, Defendant falsely represents that Emergen-C increases metabolic function and "ignites" the user's energy level.

53.   Plaintiffs and the members of the proposed Class have suffered injury in fact and have lost money or property as a result of Defendant's violations of the FAL.

54.   Pursuant to the Business and Professions Code §§ 17203 and 17535, Plaintiffs and the Class seek and order of this Court that includes,  but is not limited to, an order requiring Defendant

(a)   to remove language on the Emergen-C box representing Emergen-C "boosts" a persons immune system;

(b)   to remove language on the Emergen-C box representing Emergen-C "supports the immune system";

(c)   to remove the language "Immune Defense" from the Emergen-C product box;

(d)   to remove language on the Emergen-C box representing Emergen-C (i) "[a]ctivate the white blood cells that are most important in antibody production and in coordinating immune functions; (ii) "fight[] free radicals and help[] maintain healthy white blood cell activity;" and (iii) "stimulates" and "enhances" the immune system;

(e)   to remove language on the Emergen-C box representing Emergen-C increases metabolic function;

(f)   to remove language on the Emergen-C box representing Emergen-C "ignites" a user's energy level;

AMENDED CLASS ACTION COMPLAINT

    (g)    to comply with all applicable requirements of the Sherman Law, including, but not limited to:

        1.    misbranding any food or drug, Health and Safety Code §§ 10398 & 111445,

        2.    manufacturing, selling, delivering, holding, or offering for sale and food or drug that is misbranded, id. §§ 10398 & 111440, or

        3.    receiving in commerce any food or drug that is misbranded or delivering or proffering it for delivery, id. §§ 110770 & 111450;

    (h)    to provide restitution to the Plaintiffs and members of the proposed Class;

    (i)    to compel Defendant to disgorge all revenues obtained as a result of its violations of the FAL; and

    (j)    to compel Defendant to pay Plaintiffs' and the Class's attorney fees and costs.

## COUNT III

## Violation of the Unfair Competition Law

55.    Plaintiffs incorporate by reference and reallege all paragraphs alleged herein.

56.    By committing the acts and practices alleged herein, Defendant has engaged in deceptive, unfair and unlawful business practices in violation of California's Unfair Competition Law as to the class as a whole.

57.    Defendant has violated the UCL by engaging in unlawful, fraudulent and unfair conduct.

58.    Defendant has violated the UCL's proscription against engaging in unlawful conduct as a result of (i) its violations of the CLRA, Civil Code §§ 1770(a)(5), (a)(7) and (a)(9), as alleged above; and (ii) its violations of the FAL, Bus. & Prof. Code §§ 17500-17536, as alleged above.

19

AMENDED CLASS ACTION COMPLAINT

59.   In addition, Defendant has violated the UCL's proscription against engaging in unlawful conduct as a result of its violations of the Sherman Law, Health & Saf. Code § 109875 *et seq.*, which forbids (1) misbranding of any food or drug, *id.* §§ 10398 & 111445; and (2) manufacturing, selling, delivering, holding, or offering for sale any food or drug that is misbranded, or delivering or proffering it for delivery, *id.* §§110770 & 111450.

60.   The Sherman Law provides that a product is misbranded "if its labeling is false or misleading in any particular." *Id.* at § 110660.   In determining whether the labeling or advertisement of a food, drug, device, or cosmetic is misleading, all representations made or suggested by statement, word, design, device, sound, or any combination of these, shall be taken into account.  The extent that the labeling or advertising fails to reveal facts concerning the food, drug, device, or cosmetic or consequences of customary use of the food, drug, device, or cosmetic shall also be considered. *Id.* § 110290.

61.   Defendant's acts and practices described above also violate the UCL's proscription against engaging in fraudulent conduct.

62.   As more fully described above, Defendant's misleading marketing, advertising, packaging and labeling of Emergen-C is likely to deceive reasonable consumers.  Indeed, Plaintiffs and the other members of the Class were unquestionably deceived regarding the health benefits of Emergen-C, as Defendant's marketing, advertising, packaging and labeling of Emergen-C misrepresent and/or omit the true facts concerning the benefits of Emergen-C.  Said acts are fraudulent business practices.

63.   Defendant's acts and practices described above also violate the UCL's proscription against engaging in unfair conduct.

64.   Plaintiffs and the other members of the Class who purchased Emergen-C suffered a substantial injury by virtue of buying a product they would not have purchased absent Defendant's unlawful, fraudulent and unfair marketing, advertising, packaging and

1  labeling or by paying an excessive premium price for the unlawfully, fraudulently and

2  unfairly marketed, advertised, packaged and labeled Emergen-C.

3          65.     There is no benefit to consumers or competition from deceptively marketing

4  and labeling dietary supplements.  Indeed, the harm to consumers and competition is

5  substantial.

6          66.     Plaintiffs and the other members of the Class who purchased Emergen-C had

7  no way of reasonably knowing that the Emergen-C they purchased was not as marketed,

8  advertised, packaged and labeled.  Thus, they could not have reasonably avoided the

9  injury each of them suffered.

10          67.     The gravity of the consequences of Defendant's conduct as described above

11  outweighs any justification, motive or reason therefore, particularly considering the

12  available legal alternatives which exist in the marketplace, and is immoral, unethical,

13  unscrupulous, offends established public policy or is substantially injurious to Plaintiffs

14  and the other members of the Class.

15          68.     Defendant's violations of the UCL continue to this day.

16          69.     Pursuant to Business & Professional Code § 17203, Plaintiffs and the Class

17  seek an order of this Court that includes, but is not limited to, an order requiring

18  Defendant

19          (a)     to remove language on the Emergen-C box representing Emergen-C
20                  "boosts" a persons immune system;

21          (b)     to remove language on the Emergen-C box representing Emergen-C
22                  "supports the immune system";

23          (c)     to remove the language "Immune Defense" from the Emergen-C
24                  product box;

25          (d)     to remove language on the Emergen-C box representing Emergen-C
26                  (i) "[a]ctivate the white blood cells that are most important in
27                  antibody production and in coordinating immune functions; (ii)

28

"fight[] free radicals and help[] maintain healthy white blood cell activity;" and (iii) "stimulates" and "enhances" the immune system;

(e)    to remove language on the Emergen-C box representing Emergen-C increases metabolic function;

(f)    to remove language on the Emergen-C box representing Emergen-C "ignites" a user's energy level;

(g)    to comply with all applicable requirements of the Sherman Law including, but not limited to:

    1.    misbranding any food or drug, Health and Safety Code §§ 10398 & 111445,

    2.    manufacturing, selling, delivering, holding, or offering for sale and food or drug that is misbranded, id. §§ 10398 & 111440, or

    3.    receiving in commerce any food or drug that is misbranded or delivering or proffering it for delivery, id. §§ 110770 & 111450);

(h)    to provide restitution to the Plaintiffs and members of the proposed class;

(i)    to compel Defendant to disgorge all revenues obtained as a result of its violations of the UCL; and

(j)    to compel Defendant to pay Plaintiffs' and the Class' attorney fees and costs.

## COUNT IV

### Unjust Enrichment

70.    Plaintiffs incorporate by reference and reallege all paragraphs alleged herein.

71.    By engaging in the conduct described in this Complaint, Defendant has been unjustly enriched by its sale of Emergen-C products by the use of false advertising and by engaging in fraudulent and deceptive conduct to persuade consumers that Emergen-C

products actually boost the immune system, provide immune defense, provide immune support, increase metabolic function, and "ignite" energy levels.

72.    As a proximate result of Defendant's unlawful, fraudulent, and unfair conduct, Defendant has obtained revenues by which it became unjustly enriched at the expense of Plaintiffs and members of the proposed Class.  Under the circumstances alleged herein, it would be unfair and inequitable for Defendant to retain the profits it has unjustly obtained at the expense of the Plaintiffs and the Class.

73.    Accordingly, Plaintiffs and the Class seek an order of this Court that includes, but is not limited to, establishing Defendant as a constructive trustee of the profits that served to unjustly enrich it, together with interest during the period in which Defendant retained such funds, and requiring Defendant to disgorge those funds to Plaintiffs and members of the proposed Class in a manner to be determined by the Court.

## COUNT V

### Intentional Misrepresentation/Fraud

74.    Plaintiffs incorporate by reference and reallege all paragraphs alleged herein.

75.    Alacer has represented to the public, including Plaintiffs, by promoting, marketing, advertising, packaging, labeling and other means, that its Emergen-C products have characteristics and qualities that they do not have, specifically, that they can and do boost the immune system, can and do support the immune system, can and do provide immune system defense, can and do increase metabolic function, and can and due "ignite" energy levels.

76.    Alacer's representations are untrue in that Emergen-C does not boost the immune system, does not support the immune system, does not provide immune system defense, does not increase metabolic function, and does not ignite energy levels.

77.    At the time Alacer made the representations herein alleged, Alacer knew the representations were false.

AMENDED CLASS ACTION COMPLAINT

78.    Alacer made the misrepresentations herein alleged with the intention of depriving Plaintiffs and Class members of property or otherwise causing injury, and it has committed fraud.

79.    Plaintiffs and others believed and relied on Alacer's promoting, marketing, advertising, packaging and labeling of the Emergen-C products, and, in justifiable reliance thereon, purchased them.

80.    As a proximate result of these acts, Plaintiffs and other consumers were induced to spend an amount to be determined at trial on the Emergen-C manufactured, distributed, and sold by Alacer, and thereby lost money by purchasing Emergen-C that was not what it was represented to be, which was worth less than they paid for it and which they would not have purchased but for the misrepresentations.

81.    Plaintiffs and other consumers in purchasing, using, and consuming the Emergen-C as herein alleged, did rely on Alacer's above representations, all to their damage.

## COUNT VI

### Negligent Misrepresentation

82.    Plaintiffs incorporate by reference and reallege all paragraphs alleged herein.

83.    Alacer has represented to the public, including Plaintiffs, by promoting, marketing, advertising, packaging, labeling and other means, that its Emergen-C products have characteristics and qualities that they do not have, specifically, that they can and do boost the immune system, can and do support the immune system, can and do provide immune system defense, can and do increase metabolic function, and can and do ignite energy levels.

84.    Alacer's representations were untrue in that Emergen-C does not boost the immune system, does not support the immune system, does not provide immune system defense, does not improve metabolic function, and does not ignite energy levels.

85.    Alacer made the false representations herein alleged with the intention of inducing the consuming public to purchase Alacer's Emergen-C products.

AMENDED CLASS ACTION COMPLAINT

86.     Plaintiffs and others believed and relied on Alacer's promoting, marketing, advertising, packaging and labeling of the Emergen-C products, and, in justifiable reliance thereon, purchased them.

87.     At the time Alacer made the misrepresentations herein alleged, Alacer had no reasonable grounds for believing the representations to be true.

88.     As a proximate result of Alacer's negligent misrepresentations, Plaintiffs and other consumers were induced to spend an amount to be determined at trial on the Emergen-C products manufactured, distributed, and sold by Alacer, and thereby lost money by purchasing Emergen-C products that were not what they were represented to be, which were worth less than they paid for them and which they would not have purchased but for the misrepresentations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment on behalf of themselves and the proposed Class as follows:

A.     For an order certifying the proposed Class herein under Federal Rule of Civil Procedure 23(a) and (b)(3); appointing Plaintiffs as representatives of the class; and appointing their undersigned counsel as class counsel;

B.     For a declaration that Alacer is financially responsible for notifying Class members of the pendency of this suit;

C.     For an award of restitution pursuant to Bus. & Prof. Code §§ 17203, 17535;

D.     For an award of disgorgement pursuant to Bus. & Prof. Code §§ 17203, 17535;

E.     For an order enjoining Defendant's unlawful and deceptive acts and practices pursuant to Bus. & Prof. Code §§ 17203, 17535 as follows:

   a.     to remove language on the Emergen-C box representing Emergen-C "boosts" a persons immune system;

   b.     to remove language on the Emergen-C box representing Emergen-C "supports the immune system"; and

AMENDED CLASS ACTION COMPLAINT

c.    to remove the language "Immune Defense" from the Emergen-C
product box;

F.    For injunctive relief only pursuant to Cal. Civ. Code § 1780, as Plaintiffs through this complaint at this point expressly do not seek any monetary type of relief pursuant to the CLRA;

G.    Monetary damages, including, but not limited to any compensatory, incidental, or consequential damages in an amount to be determined at trial, together with prejudgment interest at the maximum rate allowable by law with respect to the common law claims alleged;

H.    Statutory damages in the maximum amount provided by law;

I.    Punitive damages in accordance with proof and in an amount consistent with applicable precedent;

J.    For an order awarding Plaintiffs and Class members the reasonable costs and expenses of suit, including their attorneys' fees; and

K.    For any further relief that the Court may deem appropriate.

## JURY TRIAL DEMANDED

Plaintiffs demand a trial by jury for all claims so triable.

DATED:  May 5, 2010

**WHATLEY DRAKE & KALLAS, LLC**

Deborah Clark-Weintraub
dweintraub@wdklaw.com
Patrick J. Sheehan
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Telephone:  (212) 447-7070
Facsimile:  (212) 447-7077

AMENDED CLASS ACTION COMPLAINT

**REESE RICHMAN LLP**
Michael R. Reese
michael@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**LANGE & KONCIUS**
Jeffrey A. Koncius
222 North Sepulveda, Suite 1560
El Segundo, California 90245
Telephone: (310) 414-1880
Facsimile: (310) 414-1882

**FREED & WEISS LLC**
Paul M. Weiss
Michael J. Lotus
George K. Lang
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

**RICHARD J. BURKE LLC**
Richard J. Burke
1010 Market Street, Suite 660
St. Louis, Missouri 63101

**BECKER, PAULSON, HOERNER
& THOMPSON, P.C.**
Kevin T. Hoerner
Brian T. Kreisler
5111 West Main Street
Belleville, Illinois 62226
(618) 235-0020

**D'ANGELO & HASHEM, LLC**
Jay M. Wolman
Saba B. Hashem
6 Beacon Street, Suite 505

AMENDED CLASS ACTION COMPLAINT

Boston, Massachusetts 02108
(617) 624-9777

***Attorneys for Plaintiffs and the Proposed Class***

# EXHIBIT A

**Supplement Facts**

## Emergen-C® FEEL THE GOOD™

**THE HEALTHY WAY TO FEEL GOOD EVERY DAY!**

Open a packet of Açaí Berry Emergen-C and watch it fizz. Açaí, the superfood, gives you power in a way that's so easy to love. That's because Emergen-C Açaí is loaded with antioxidants, 7 B Vitamins, 1⁄2 the sodium of the great tasting thirst-quenching electrolytes and over 1,000 mg of vitamin C plus 32 mineral complexes. And it's a pre-sweetened vitamin drink mix you can feel that 24 nutrients your body deserves, fizzy way of vitamins—it's going to help. Drink up so your body gets all it needs, in a way that virtually increase your metabolic function and give your energy levels—without the crash. It feels good to your thing, you found the right one.

*Much more than just Vitamin C*

DIETARY SUPPLEMENT

Learn more at emergenc.com

**ENERGY BOOST**
7 B Vitamins (including B1, B2, B6 & B12) offer a natural energy boost so you can recharge and refuel every day.

**ELECTROLYTE BOOST**
Good for post-workout—replaces key minerals and electrolytes like potassium, sodium, and more, that we lose through perspiration.

---

## Emergen-C®
*Health and Energy Booster*™
**1,000 mg Vitamin C**
24 nutrients with Antioxidants,
Electrolytes and 7 B Vitamins

**Açaí Berry**

NET WT. 0.3 OZ (9.2 g) APPROX (TO PACKETS)

---

## Emergen-C®
Health and Energy Booster™
**1,000 mg Vitamin C**
Antioxidants • Electrolytes • 7 B Vitamins
24 nutrients with

**Açaí Berry**
Flavored Fizzy Drink Mix

NET WT. 0.3 OZ (9.2 g) APPROX (TO PACKETS)

**Emergen-C** FEEL THE GOOD.

HELP SAVE OUR OCEANS, ONE SIP AT A TIME.

HEALTH BOOST

ENERGY BOOST

ELECTROLYTE BOOST

Please recycle this package.

**Emergen-C**
Healthy Multivitamin Drink
BLUE
1,000 mg Vitamin C
24 Nutrients with Antioxidants,
Electrolytes and 7 B Vitamins

Berry Blue
Flavored Fizzy Drink Mix
NET WT 10.9 OZ (8.4 g PACKET) 30 PACKETS

**Emergen-C**
Healthy Multivitamin Drink
BLUE
1,000 mg Vitamin C
24 Nutrients with
Antioxidants • Electrolytes • 7 B Vitamins

Berry Blue
Flavored Fizzy
Drink Mix
NET WT 9.3 OZ (8.4 g PACKET) 30 PACKETS







## Emergen-C FEEL THE GOOD®

**THE HEALTHY WAY TO FEEL GOOD EVERY DAY.**

DIETARY SUPPLEMENT

**ELECTROLYTE BOOST!**

*Much more than just Vitamin C.*

Find more at emergenc.com

---

## Emergen-C

Health and Energy Booster*

**1,000 mg Vitamin C**

24 Nutrients with Antioxidants,
Electrolytes and 7 B Vitamins

**Raspberry**

NET WT. 0.3 OZ (8.4g) PER PACKET/30 PACKETS

---

## Emergen-C

Health and Energy Booster*

**1,000 mg Vitamin C**

24 Nutrients with
Antioxidants • Electrolytes • 7 B Vitamins

**Raspberry**
Flavored Fizzy Drink Mix

NET WT. 0.3 OZ (8.4g) PER PACKET/30 PACKETS

Supplement Facts



Supplement Facts

**Emergen-C** FEEL THE GOOD™

THE HEALTHY WAY TO FEEL GOOD EVERY DAY!

*Much more than just Vitamin C*

ELECTROLYTE BOOST!

**Emergen-C**
*Health and Energy Booster*™
**1,000 mg Vitamin C**
24 Nutrients with Antioxidants,
Electrolytes and 7 B Vitamins
Tangerine
DIETARY SUPPLEMENT

**Emergen-C**
*Health and Energy Booster*™
**1,000 mg Vitamin C**
24 Nutrients with
Antioxidants • Electrolytes • 7 B Vitamins
Tangerine
Flavored Fizzy Drink Mix
DIETARY SUPPLEMENT

# EXHIBIT B

**Supplement Facts**

**Emergen-C** FEEL THE GOOD®

*Emergen-C Immune Defense™ Formula*

**THE FEEL-GOOD WAY TO STRENGTHEN YOUR IMMUNITY EVERY DAY.**

*Advanced Immune System Support!!*

**Emergen-C**
IMMUNE DEFENSE™
*Formula*
1,000 mg Vitamin C
Enhanced Zinc

Ruby Lemon Honey
NET WT (0.19 oz)

**Emergen-C**
IMMUNE DEFENSE™
*Formula*
1,000 mg Vitamin C
Enhanced Zinc

**Ruby Lemon Honey**
Flavored Fizzy Drink Mix
NET WT 1/2 OZ (9.4 g) SUPPLEMENT/30 PACKETS



# Emergen-C®

# IMMUNE+ PLUS™

## SYSTEM BOOSTER*

**CITRUS** *Flavor*

DIETARY SUPPLEMENT
2.5 FL OZ (74 mL)

**Other Ingredients:** Purified water, cane sugar, fructose, orange juice powder, natural flavors, citric acid, glycine, and aspartic acid.

\*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

Distributed by Alacer Corp.
80 Icon, Foothill Ranch, CA 92610
www.emergenc.com
1.800.864.0249
269_01_03

0 76314 30259 8

**Directions:** As a dietary supplement, drink 2 to 4 bottles a day. Shake well before opening.

## Supplement Facts

Serving Size 2.5 fl oz (74 mL)

| Amount Per Serving | | % DV |
|---|---|---|
| Calories | 30 | |
| Total Carbohydrate | 7 g | 2%** |
| Sugars | 7 g | |
| Vitamin C (as ascorbic acid) | 1000 mg | 1667% |
| Niacin | 5 mg | 25% |
| Vitamin B6 (as pyridoxine hydrochloride) | 10 mg | 500% |
| Folic Acid | 125 mcg | 3% |
| Vitamin B12 (as cyanocobalamin) | 25 mcg | 417% |
| Pantothenic Acid (as calcium pantothenate) | 2.5 mg | 25% |
| Calcium (as calcium gluconate, calcium lactate, calcium pantothenate) | 50 mg | 5% |
| Magnesium (as magnesium lactate gluconate) | 60 mg | 15% |
| Zinc (as zinc amino acid chelate) | 5 mg | 33% |
| Manganese (as manganese gluconate) | 0.5 mg | 25% |
| Chromium (as chromium polynicotinate) | 10 mcg | 8% |
| Sodium (as Okinawa deep sea minerals) | 60 mg | 3% |
| Potassium (as potassium citrate) | 200 mg | 6% |
| Proprietary Immune Complex Arabinogalactan (*Larix occidentalis*), Beta Glucans, Stevia (leaf extract) | 600 mg | † |

** Percent Daily Values (DV) are based on 2,000 calorie diet.
† Daily Value not established.

# EXHIBIT C

# EMERGEN-C
## RADIO ADVERTISEMENTS

### Advertisement  Number 1

 Emergen-C, the Health and Energy drink mix packed with vitamins, minerals and electrolytes will make you feel so good you'll want to reinvent the dewy decimal system Okay Gary, that covers the ad for the Librarian demographic- now let's do one for the lawyers. Emergen-C makes you feel so good you'll want to sue everyone.  Gym teachers:  so good you'll want to drop and give yourself 20. Now the sky divers--really—-apparently they are a big target market. Ok so good you won't need a parachute. The dog trainers: so good you'll roll over. Policemen: so good you'll frisk yourself. Emergen-C, feel the good.

Source: http://www.emergenc.com/ (Accessed 10/16/09).

### Advertisement Number 2

Does Emergen-C, the fizzy, energizing, immune boosting, vitamin C drink mix really make you feel good? Adam, from Seattle, writes 'Dear Emergen-C, I hate you, why-because now I see that you were a nefarious conspiracy to stop me from using up all my sick days-can't walk around all full of bouncy bounce one day and then not show up the next- now can I - clearly you are in cahoots with my manager.' Okay Adam, Glad it's working for you.  Emergen-C, Feel the good.

Source: http://www.emergenc.com/ (Accessed 2/1/09).

# EMERGEN-C
## TELEVISION ADVERTISEMENTS

### Advertisement  Number 1

What's in Emergen-C to boost your health and energy, 1000 milligrams of immune strengthening vitamin C plus naturally energizing B Vitamins. Emergen-C, feel the good.

Source: http://www.emergenc.com/ (Accessed 10/16/09).

### Advertisement  Number 2

What's in Emergen-C to boost your health and energy, 1000 milligrams of Vitamin C and naturally energizing B Vitamins.   For a boost you can feel. Emergen-C, feel the good.

Source: http://www.emergenc.com/ (Accessed 10/16/09).

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of May, 2010, I caused a true and correct copy of the foregoing document to be served on counsel of record as indicated below:

Gary M. Lape
Sarah M. Hart
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
lape@lbbslaw.com
hart@lbbslaw.com
*(Via ECF)*

Pamela M. Ferguson
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
ferguson@lbbslawl.com
*(Via ECF)*

Deborah Clark-Weintraub