ANDREW E. PARIS (SBN 162562)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
drew.paris@alston.com

JANE F. THORPE (*pro hac vice*)
SCOTT A. ELDER (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jane.thorpe@alston.com
scott.elder@alston.com

Attorneys for Defendant
**ALACER CORPORATION**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. GIANINO, ARNOLD LEE, and LORI RISMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALACER CORPORATION and DOES 1 through 15,<br><br>Defendants. | CASE NO.: SACV09-01247 CJC (RNBx)<br><br>Honorable Cormac J. Carney<br><br>**DECLARATION OF ANDREW E. PARIS IN SUPPORT OF DEFENDANT ALACER'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Cormac J. Carney<br>Date: February 13, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 9B |

I, Andrew E. Paris, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am a partner with the law firm of Alston & Bird LLP, attorneys of record herein for Defendant Alacer Corp. ("Alacer"). I make this declaration in support of Alacer's Opposition To Plaintiffs' Motion For Class Certification. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Ronald L. Fugate, President and CEO of Alacer, taken on September 26, 2011.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Robert Kay, Chief Science Officer of Alacer, taken on September 27, 2011.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Nicholas Gianino, taken on March 19, 2011.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Lori Risman, taken on March 19, 2011.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Arnold Lee, taken on March 19, 2011.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff Nicholas Gianino's Amended Responses to Defendant Alacer Corporation's First Set of Interrogatories, dated November 14, 2011.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff Nicholas Gianino's Responses to Defendant Alacer Corporation's Second Set of Interrogatories, dated December 12, 2011.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff Lori Risman's Responses to Defendant Alacer Corporation's Second Set of Requests for Admission, dated December 12, 2011.

1

DECLARATION OF ANDREW E. PARIS IN SUPPORT OF DEFENDANT ALACER'S
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

10. Attached hereto as **Exhibit 9** is a true and correct copy of the FDA Final Rule, "Regulations on Statements Made for Dietary Supplements Concerning the Effect of the Product on the Structure or Function of the Body," 65 FR 1000-01, 2000 WL 4559 (2000).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the FDA Guidance Document, "Guidance for Industry: Structure/Function Claims, Small Entity Compliance Guide" (2002).

12. Attached hereto as **Exhibit 11** is a true and correct copy of an FDA Notice, dated August 19, 2011.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a U.S. National Institutes of Health's Office of Dietary Supplements document, "Dietary Supplement Fact Sheet: Vitamin C" (2011), available at: http://ods.od.nih.gov/pdf/factsheets/VitaminC-QuickFacts.pdf (last visited Dec. 22, 2011).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the article, H. Hemila, et al., "Vitamin C for Preventing and Treating the Common Cold," COCHRANE DATABASE OF SYSTEMATIC REVIEWS (2010).

15. Attached hereto as **Exhibit 14** is a true and correct copy of the class action complaint filed by Plaintiff Nicholas Gianino, on February 2, 2009, in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Case No. 09 L 58.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in consumer protection laws.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in intentional misrepresentation and negligent misrepresentation laws.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.  Executed this 23rd day of December,
3  2011, at Los Angeles, California.
4
5
6                              /s/  *Andrew E. Paris*
                                 Andrew E. Paris
7
8
...
28

DECLARATION OF ANDREW E. PARIS IN SUPPORT OF DEFENDANT ALACER'S
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION