| | |
|---|---|
| 1 | ANDREW E. PARIS (SBN 162562) |
| 2 | **ALSTON & BIRD LLP**<br>333 South Hope Street, Sixteenth Floor |
| 3 | Los Angeles, California 90071<br>Telephone:  (213) 576-1000 |
| 4 | Facsimile:   (213) 576-1100<br>drew.paris@alston.com |
| 5 | JANE F. THORPE (*pro hac vice*) |
| 6 | SCOTT A. ELDER (*pro hac vice*)<br>**ALSTON & BIRD LLP** |
| 7 | 1201 West Peachtree Street<br>Atlanta, Georgia 30309 |
| 8 | Telephone:  (404) 881-7000<br>Facsimile:   (404) 881-7777 |
| 9 | jane.thorpe@alston.com<br>scott.elder@alston.com |
| 10 | Attorneys for Defendant |
| 11 | **ALACER CORPORATION** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS J. GIANINO, ARNOLD LEE, and LORI RISMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALACER CORPORATION and DOES 1 through 15,<br><br>    Defendants. | CASE NO.:  SACV09-01247 CJC (RNBx)<br><br>Honorable Cormac J. Carney<br><br>**NOTICE OF ERRATA RE DOCKET NO. 96**<br><br>Judge: Hon. Cormac J. Carney<br>Date:  February 13, 2012<br>Time:  1:30 p.m.<br>Place: Courtroom 9B |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT during the upload of Docket No. 96, Attachment #5 failed to upload correctly through ECF.  Accordingly, defendant Alacer Corp. is refiling the correct Attachment #5 (Fugate Ex. 15-19) herewith.

                                  Respectfully Submitted,

Dated:  January 10, 2012      **ALSTON & BIRD LLP**

                                  By:  /s/ Andrew E. Paris
                                            Andrew E. Paris
                                Attorneys for Defendant
                                **ALACER CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 10th day of January 2012.

                                              /s/  Andrew E. Paris
                                              Andrew E. Paris