Melissa D. Ingalls (State Bar No. 174861)
melissa.ingalls@kirkland.com
Robyn E. Bladow (State Bar No. 205189)
robyn.bladow@kirkland.com
Allison W. Buchner (State Bar No. 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Defendant Alacer Corporation*

Michael R. Reese (State Bar Number 206773)
mreese@reeserichman.com
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. GIANINO, ARNOLD LEE and LORI RISMAN, individually and on behalf of all others similarly situated,<br><br>PlaintiffS,<br><br>vs.<br><br>ALACER CORPORATION and DOES 1 through 15,<br><br>Defendants. | CASE NO.: SACV09-01247 CJC (RNBx)<br><br>The Honorable Cormac J. Carney<br><br>**STIPULATION REGARDING STAY OF PROCEEDINGS** |

Plaintiffs Nicholas Gianino, Lori Risman, and Arnold Lee (collectively, "Plaintiffs") and Defendant Alacer Corporation ("Alacer") (collectively "the Parties"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on February 27, 2012, the Court denied Plaintiffs' motion for class certification (Dkt. No. 109);

WHEREAS, on March 7, 2012 (Dkt. 112), at the parties' request, the Court stayed all proceedings and ordered the parties to meet and confer regarding a revised scheduling order, and to file any agreed-upon order within 45 days;

WHEREAS, at the parties' request, the Court ordered that the stay remain in place for an additional 60 days, until June 19, 2012;

WHEREAS, the Court ordered the parties to meet-and-confer and submit an agreed-upon scheduling order by June 19, 2012;

WHEREAS, the parties have met and conferred regarding a revised scheduling order and have also begun discussing possible resolution of this matter;

WHEREAS, the parties agree that a short extension of the current stay would facilitate those discussions while minimizing the use of judicial resources while those discussions continue;

THE PARTIES THEREFORE STIPULATE AND PROPOSE THAT THE COURT ORDER the following:

The stay currently in place shall remain in place until August 24, 2012.

The parties shall submit to the Court an agreed-upon scheduling order by August 24, 2012.

| | | |
|---|---|---|
| 1 | DATED: June 12, 2012 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | /s/ Robyn E. Bladow |
| | | Melissa D. Ingalls |
| 5 | | Robyn E. Bladow |
| | | Allison W. Buchner |
| 6 | | 333 South Hope Street |
| | | Los Angeles, California 90071 |
| 7 | | *Attorneys for Defendant Alacer Corporation* |
| 8 | | |
| 9 | | REESE RICHMAN LLP |
| 10 | | *Michael Reese* /with permission RB |
| | | Michael R. Reese |
| 11 | | 875 Avenue of the Americas, 18th Floor |
| 12 | | New York, New York 10001 |
| 13 | | *Attorneys for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2012 I electronically filed the **STIPULATION REGARDING STAY OF PROCEEDINGS** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed a copy of the foregoing document by U.S. First Class Mail, postage prepaid to the following non-CM/ECF participants:

**Eric D Freed**
Complex Litigation Group LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
312-220-0000

Executed June 12, 2012, at Los Angeles, California.

By:     /s/ Robyn E. Bladow
       Robyn E. Bladow

Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-Mail:    robyn.bladow@kirkland.com

*Attorneys for Defendant Alacer Corporation*