Melissa D. Ingalls (State Bar No. 174861)
melissa.ingalls@kirkland.com
Robyn E. Bladow (State Bar No. 205189)
robyn.bladow@kirkland.com
Allison W. Buchner (State Bar No. 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Defendant Alacer Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. GIANINO, ARNOLD LEE and LORI RISMAN, individually and on behalf of all others similarly situated,<br><br>  PlaintiffS,<br><br>  vs.<br><br>ALACER CORPORATION and DOES 1 through 15,<br><br>  Defendants. | CASE NO.: SACV09-01247 CJC (RNBx)<br><br>The Honorable Cormac J. Carney<br><br>**ORDER REGARDING STAY OF PROCEEDINGS** |

For the reasons stated in the Parties' Stipulation Regarding Stay of Proceedings, the Declaration of Robyn E. Bladow submitted in support, and for good cause shown, the Court orders:

(1) The stay currently in place shall remain in place until August 24, 2012.

(2) The parties shall submit to the Court an agreed-upon scheduling order by August 24, 2012.

Any further requests for extensions of the stay are strongly disfavored.

**IT IS SO ORDERED.**

Dated: June 13, 2012     _____

Hon. Cormac J. Carney
United States District Court Judge